**Wanda SCOTT, a/k/a Wanda Ranae Scott Thomas, Petitioner— Appellant,**

v.

**State of SOUTH CAROLINA, Respondent—Appellee.**

No. 09–6598.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 14, 2009.

Wanda Scott, Appellant Pro Se. James Anthony Mabry, Assistant Attorney General, Columbia, South Carolina, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wanda Scott appeals the district court's order denying her motion for waiver of PACER fees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Scott v. South Carolina*, No. 6:08–cv–01684–GRA, 2009 WL 750419 (D.S.C. Mar. 18, 2009). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*